

555 California Street  
12th Floor  
San Francisco, CA 94104

415.875.2300  
Fenwick.com

Shannon E. Turner  
sturner@fenwick.com  |  650.335.7844

May 18, 2022

Honorable Mary Kay Vyskocil  
United States District Judge  
Southern District of New York  
500 Pearl Street, Room 2230  
New York, NY 10007

Re:  *Rothschild Broadcast Distribution Systems, LLC v. Udisense, Inc. (d/b/a Nanit)*  
SDNY 1-22-cv-03443

Dear Judge Vyskocil:

Defendant Udisense, Inc. (d/b/a Nanit) ("Nanit") files this unopposed Motion for Extension of Time to respond to the Complaint. The current deadline for Nanit to respond to the Complaint is May 25, 2022. Nanit requests a 30-day extension of this deadline to explore the merits of the Plaintiff's claims. Plaintiff does not oppose this request. This is the first request for extension of time to answer. The parties respectfully request that this Court GRANT the extension for Nanit to answer on or before June 24, 2022.

Dated: May 18, 2022

Respectfully submitted,

**FENWICK & WEST LLP**

By:  */s/ Shannon E. Turner*

Michael J. Sacksteder (*pro hac vice* to be filed)  
Shannon E. Turner  
FENWICK & WEST LLP  
555 California Street, 12th Floor  
San Francisco, CA  94104  
Telephone:     (415) 875-2300  
Email:          msacksteder@fenwick.com  
                sturner@fenwick.com

**Counsel(s) for Defendant  
Udisense, Inc. (d/b/a Nanit)**