THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UDISENSE, INC. D/B/A NANIT, <br><br> Defendant. | CASE NO.: 1:22-cv-03443-MKV <br><br> PATENT CASE |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Rothschild broadcast Distribution Systems, LLC ("Plaintiff" and/or "RBDS") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Udisense, Inc. d/b/a Nanit without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: June 22, 2022.                    Respectfully submitted,

                                                */s/Jay Johnson*
                                                **JAY JOHNSON (*admitted pro hac vice*)**
                                                State Bar No. 24067322
                                                **D. BRADLEY KIZZIA**
                                                State Bar No. 11547550
                                                **KIZZIA JOHNSON, PLLC**
                                                1910 Pacific Ave., Suite 13000
                                                Dallas, Texas 75201
                                                (214) 451-0164
                                                Fax: (214) 451-0165
                                                jay@kjpllc.com
                                                bkizzia@kjpllc.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on June 22, 2022, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                                Respectfully submitted,

                                                */s/Jay Johnson*
                                                **JAY JOHNSON (*admitted pro hac vice*)**